UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 1 8 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| ANDREW U.D. STRAW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 18-0907 (UNA) |
| ) | |
| U.S. DEPARTMENT OF EDUCATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Because the Court already has dismissed this case, it is hereby

ORDERED that the plaintiff's Motion for Withdrawal of Case and for Dismissal With Prejudice is DENIED as moot.

SO ORDERED.

/s/
United States District Judge

DATE: June 15, 2018